UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) No. 3:14-00173 | |
| | ) Judge Haynes | |
| SHERROD BURNETT | ) | |

**MOTION TO REVOKE MAGISTRATE JUDGE'S ORDER
REGARDING MR. BURNETT'S RIGHT OF SELF-REPRESENTATION**

[Handwritten annotations in right margin:]
ORDER
This motion is GRANTED. This action is REMANDED to the Magistrate Judge for an evidentiary hearing under U.S. v. Williams, 641 F.3d 758, 766-67 (6th Cir. 2004).
[signature]
10-30-14

Sherrod Burnett, through counsel, moves this Court, pursuant to Rule 59(a) of the Federal Rules of Criminal Procedure, to reverse the Magistrate Judge's order denying his right to self-representation and remand this matter for further proceedings. In support of this motion Mr. Burnett would state and show as follows.

I.  **FACTUAL BACKGROUND**

On October 10, 2014, Mr. Burnett appeared before Magistrate Judge John Bryant for preliminary and detention hearings in the above-styled case. Counsel presented to the Magistrate two motions that Mr. Burnett had asked be filed challenging the Court's jurisdiction. (D.E. 14, Preliminary Hrg. Tr., at pp. 2-3.) The Magistrate Judge, after reviewing the motions, denied them and moved on to the preliminary and detention hearings. (*Id.* at p. 3.) The following exchange then took place between Mr. Burnett and Judge Bryant:

> DEFENDANT: May I - - may I - - may I proceed?
>
> THE COURT: No, sir, you may not. You have a lawyer. You speak through our lawyer. As long as - - as long as you have a lawyer, you must - - you must be represented by counsel. If Mr. Camp wishes to call you to the witness stand to testify, then that's something that you-all may do.