# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | CASE NO. 3:14-00173 |
| vs. ) | JUDGE HAYNES/KNOWLES |
| ) | |
| ) | |
| ) | |
| ) | |
| SHERROD BURNETT ) | |

## ORDER

On October 24, 2014, the Courtroom Deputy Clerk filed a "Notice of Arraignment" which set the arraignment of Defendant for November 4, 2014, at 10:30 a.m., before the undersigned. Docket No. 17. Defendant, who is in custody, was not brought to Court for the arraignment.

Additionally, on October 29, 2014, appointed counsel for Defendant filed a "Motion to Revoke Magistrate Judge's Order Regarding Mr. Burnett's Right of Self-Representation." Docket No. 18. On October 31, 2014, Judge Haynes entered an Order granting that Motion and remanding the action to the Magistrate Judge for an inquiry under *United States v. Williams*, 741 F.3d 758, 766-67 (6th Cir. 2004).

In view of the foregoing, the arraignment in this action is hereby continued, and will be reset by a separate Order.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge