UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:14-00173 |
| | ) ) | Senior Judge Haynes |
| SHERROD BURNETT, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant Sherrod Burnett's motions to dismiss indictment and set preliminary hearing (Docket Entry No. 26), for "writ to remove defense counsel, object and strike" (Docket Entry No. 31) and for "notice of hearing and petition for writ of habeas corpus" (Docket Entry No. 32) are **DENIED,** and Defendant's motion for writ to strike (Docket Entry No. 35) is **DENIED as moot**.

It is so **ORDERED**.

**ENTERED** this ___ day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge