UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00173 |
| ) | JUDGE SHARP |
| SHERROD BURNETT ) | |

## **O R D E R**

Due to a calendar conflict, the status conference scheduled for Friday, October 2, 2015, is hereby rescheduled for Thursday, October 1, 2015, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE