UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

United States of America,

    Plaintiff,

v.                                        Case No. 3:14-cr-00173

Sherrod Burnett,                    Sean F. Cox
                                              United States District Court Judge

    Defendant.
_____/

# MEMORANDUM ORDER
# FINDING DEFENDANT BURNETT COMPETENT TO STAND TRIAL

Pursuant to Title 18 U.S.C. § 4241(a), Judge Kevin Sharp previously ordered that Defendant Sherrod Burnett undergo a competency evaluation, to determine if he is competent to stand trial in this action.

The docket reflects that, on December 13, 2016, Judge Sharp held a competency hearing in this matter and declared Defendant Burnett competent to stand trial in this matter. (*See* Docket Entry No. 102).

Thereafter, on April 3, 2017, the action was reassigned to the undersigned judge. Thereafter, this Court ordered an official copy of the transcript of the competency hearing held by Judge Sharp on December 13, 2016. This Court has since received and reviewed that official transcript and has confirmed that Judge Sharp ruled on the record that Defendant Burnett is competent to stand trial in this matter.

As such, the Court now issues this Memorandum Order, memorializing Judge Sharp's ruling, finding that by a preponderance of the evidence that Defendant Burnett is competent to stand trial in this matter and that he is **NOT** presently suffering from a mental disease or defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge
Sitting by Special Designation

Dated: May 3, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 3, 2017, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager